IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **STEVEN DAVIS,**<br><br>    Plaintiff,<br><br>v.<br><br>**RONALD A. PAVLIK, JR, et al.,**<br><br>    Defendants. | **Case No. 8:20-cv-00547-GJH** |

## SUGGESTION OF DEATH

The undersigned counsel files this Suggestion of Death of the Plaintiff, Steven Davis. The decedent's surviving mother, Dietrich Davis, has obtained Letters of Administration to be named Special Administrator of the Estate of Steven Davis. A substitution of parties will be filed shortly.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

_____
Timothy F. Maloney, Bar ID#03381
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
301/220-2200 (tel.)
301/220-1214 (fax)
tmaloney@jgllaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December 2022, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system:

Janice L. Cole
Neal M. Janey, Jr.
Senior Counsel
600 5th Street, NW
Washington, DC 2001
jlcole@wmata.com
nmjaney@wmata.com

_____
Timothy F. Maloney